[No. 2141–3.  Division Three.  March 23, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE MALONE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20239, Walter A. Stauffacher, J., entered October 21, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2290–3.  Division Three.  March 23, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ERMAN BECKSTROM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24991, William H. Williams, J., entered February 8, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2296–3.  Division Three.  March 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LEE MOSES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24880, Del Cary Smith, Jr., J., entered January 27, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.